**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher**

Civil Action No. 24-cv-02340-GPG-STV

SPOT BRAND LLC,

     Plaintiff,

v.

GATES CORPORATION,

     Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rule of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the [D. 74] Order entered by Judge Gordon P. Gallagher on September 11, 2025, it is

ORDERED that the Plaintiffs' Motion to Remand [D. 23] is GRANTED. It is

FURTHER ORDERED that Plaintiff's Motion to Dismiss [D. 22] is GRANTED IN PART AND DENIED IN PART. It is

FURTHER ORDERED that the Gates Corporations' First Counterclaim is DISMISSED. It is

FURTHER ORDERED that this case shall be REMANDED to the District Court, City and County of Denver, Colorado.

This case is closed.

Dated at Denver, Colorado this $\underline{11}^{\text{th}}$ day of September, 2025

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:   s/D. Clement
        Donald Clement,
        Deputy Clerk