Form 7

FORM 7.   Appeal Information Sheet

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

[✓] United States District Court for the  District of Colorado

[ ] United States Court of International Trade

[ ] United States Court of Federal Claims

[ ] United States Court of Appeals for Veterans Claims

Type of case:  28:1331 Fed. Question: Breach of Contract

Spot Brand LLC           v.  Gates Corporation.

(List all parties.  Use an asterisk to indicate dismissed or withdrawn parties.  Use a separate sheet if needed.  Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No.  1:24-cv-02340-GPG-STV           Date of Judgment or Order  9/11/2025

Cross or related appeal? _____     Date of Notice of Appeal   9/24/2025

Appellant is:  [✓] Plaintiff    [ ] Defendant    [ ] Other (explain) _____

FEES:    Court of Appeals docket fee paid?    [✓] Yes    [ ] No

U.S. Appeal?    [✓] Yes    [ ] No

In forma pauperis?    [ ] Yes    [ ] No

Is this matter under seal?    [ ] Yes    [✓] No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party.  Indicate party represented.  Use separate sheet if needed.)

Please see attached Docket
Sheet

COURT REPORTER: (Name and telephone):  Megan Strawn 303-335-2111

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum.  Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC  20439