FEDAPP,JD1,MJ CIV PP,NDISPO,TERMED

## U.S. District Court - District of Colorado
### District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:24-cv-02340-GPG-STV

| | |
|---|---|
| Spot Brand LLC v. Gates Corporation | Date Filed: 08/23/2024 |
| Assigned to: District Judge Gordon P Gallagher | Date Terminated: 09/11/2025 |
| Referred to: Magistrate Judge Scott T. Varholak | Jury Demand: Both |
| Case in other court: Denver County District Court, 2024CV032348 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1331 Fed. Question: Breach of Contract | Jurisdiction: Federal Question |

**Plaintiff**

**Spot Brand LLC**
                                                    represented by **Andrew Michael Unthank**
                                                    Wheeler Trigg O'Donnell LLP
                                                    370 17th Street
                                                    Suite 4500
                                                    Denver, CO 80202-5647
                                                    303-244-1897
                                                    Fax: 303-244-1879
                                                    Email: unthank@wtotrial.com
                                                    *ATTORNEY TO BE NOTICED*

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.

WITNESS my hand and SEAL of said Court this day of **Sep 26, 2025**

JEFFREY P. COLWELL

By *s/S. Phillips, Deputy Clerk*
Deputy

                                                    **Dario Machleidt**
                                                    Kilpatrick Townsend & Stockton LLP
                                                    1420 Fifth Avenue
                                                    Suite 3700
                                                    Seattle, WA 98101
                                                    206-497-9600
                                                    Email: dmachleidt@ktslaw.com
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Meghan Frei Berglind**
                                                    Wheeler Trigg O'Donnell LLP
                                                    370 17th Street
                                                    Suite 4500
                                                    Denver, CO 80202-5647
                                                    303-244-1800
                                                    Fax: 303-244-1879
                                                    Email: berglind@wtotrial.com
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Michael Timothy Williams**
                                                    Wheeler Trigg O'Donnell LLP
                                                    370 17th Street
                                                    Suite 4500
                                                    Denver, CO 80202-5647
                                                    303-244-1867
                                                    Fax: 303-244-1879
                                                    Email: williams@wtotrial.com
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Sarah E. Graves**
                                                    Wheeler Trigg O'Donnell LLP
                                                    370 17th Street
                                                    Suite 4500
                                                    Denver, CO 80202-5647
                                                    303-244-1911
                                                    Email: graves@wtotrial.com
                                                    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gates Corporation**
                                                    represented by **Clement Asante**
                                                    Polsinelli PC
                                                    1401 Lawrence Street
                                                    Suite 2300
                                                    Denver, CO 80202
                                                    303-583-8279
                                                    Email: casante@polsinelli.com
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Gregory P. Durbin**
                                                    Polsinelli PC
                                                    1401 Lawrence Street
                                                    Suite 2300
                                                    Denver, CO 80202
                                                    303-572-9300
                                                    Email: gdurbin@polsinelli.com

*ATTORNEY TO BE NOTICED*

**Richard Maxton Murray**
Polsinelli PC
1401 Lawrence Street
Suite 2300
Denver, CO 80202
303-583-8242
Fax: 303-942-3970
Email: rmurray@polsinelli.com
*ATTORNEY TO BE NOTICED*

**Michael Patrick Dulin**
Greenberg Traurig LLP
1144 15th Street
Suite 3300
Denver, CO 80202
303-572-6500
Fax: 303-572-6540
Email: michael.dulin@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Gates Corporation**                    represented by  **Gregory P. Durbin**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Michael Patrick Dulin**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Spot Brand LLC**                       represented by  **Andrew Michael Unthank**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Meghan Frei Berglind**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Michael Timothy Williams**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Sarah E. Graves**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/23/2024 | 1 | NOTICE OF REMOVAL by Gates Corporation from Denver County District Court, Case Number 2024CV032348. (Filing fee $ 405, Receipt Number ACODC-9840106), filed by Gates Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit B)(Dulin, Michael) (Entered: 08/23/2024) |
| 08/23/2024 | 2 | FIRST AND FINAL NOTICE TO ALL ATTORNEY(S) AND UNREPRESENTED PARTIES IN REMOVED, TRANSFERRED, OR OTHER CASES. To receive any further notice in a case removed or transferred to this court, or special matters including discovery disputes, bankruptcy appeals, or withdrawals of reference, Multi-district litigation (MDL), etc., all attorneys and unrepresented parties must enter an appearance under D.C.COLO.LAttyR 5(a). An attorney must be an active member of this court's bar and be in good standing in accordance with D.C.COLO.LAttyR 3. A waiver of the fee for bar admission may apply in limited situations. (Text Only Entry) (agryan) (Entered: 08/23/2024) |
| 08/23/2024 | 3 | COMPLAINT and Jury Demand against Gates Corporation, filed by Spot Brand LLC.(agryan) (Entered: 08/23/2024) |
| 08/23/2024 | 4 | AFFIDAVIT of Service of Complaint, Summons, Cover Sheet, SOS Summary upon Gates Corporation on 8/2/2024 (agryan) (Entered: 08/23/2024) |
| 08/23/2024 | 5 | ANSWER to 3 Complaint, Affirmative Defenses, and COUNTERCLAIMS against Spot Brand LLC by Gates Corporation.(agryan) (Entered: 08/23/2024) |
| 08/23/2024 | 6 | Case assigned to Magistrate Judge Scott T. Varholak. Text Only Entry. (agryan) (Entered: 08/23/2024) |
| 08/23/2024 | 7 | Magistrate Judge consent form issued pursuant to D.C.COLO.LCivR 40.1, direct assignment of civil actions to full time magistrate judges. (agryan) (Entered: 08/23/2024) |
| 08/23/2024 | 8 | NOTICE re 1 Notice of Removal, *NOTICE OF STATE COURT FILINGS* by Defendant Gates Corporation (Attachments: # 1 Appendix Complaint, # 2 Appendix Civil Case Cover Sheet, # 3 Appendix Summons, # 4 Appendix Webex Procedures, # 5 Appendix Pre-Trial Order, # 6 Appendix Delay Reduction Order, # 7 Appendix Affidavit of Service, # 8 Appendix Certificate of Compliance, # 9 Appendix Entry of Appearance, # 10 Appendix Answer)(Dulin, Michael) (Entered: 08/23/2024) |
| 08/23/2024 | 9 | NOTICE of Entry of Appearance by Clement Asante on behalf of Gates CorporationAttorney Clement Asante added to party Gates Corporation(pty:dft) (Asante, Clement) (Entered: 08/23/2024) |
| 08/23/2024 | 10 | NOTICE of Entry of Appearance by Richard Maxton Murray on behalf of Gates CorporationAttorney Richard Maxton Murray added to party Gates Corporation(pty:dft) (Murray, Richard) (Entered: 08/23/2024) |

| 08/23/2024 | 11 | CORPORATE DISCLOSURE STATEMENT identifying Corporate Parent Gates Industrial Corporation PLC for Gates Corporation. (Dulin, Michael) (Entered: 08/23/2024) |
| --- | --- | --- |
| 08/26/2024 | 12 | ORDER Setting Deadline for Filing Election Concerning Consent/Non-Consent to Magistrate Jurisdiction Form and Setting Scheduling Conference by Magistrate Judge Scott T. Varholak on 8/26/2024. Consent Form due by **10/8/2024**. Proposed Scheduling Order due **10/15/2024**. Scheduling Conference set for **10/22/2024 09:45 AM** in Courtroom A 402 before Magistrate Judge Scott T. Varholak. (schap, ) (Entered: 08/26/2024) |
| 08/26/2024 | 13 | CORPORATE DISCLOSURE STATEMENT identifying Corporate Parent Gates Industrial Corporation PLC for Gates Corporation. (Dulin, Michael) (Entered: 08/26/2024) |
| 08/28/2024 | 14 | NOTICE of Entry of Appearance by Andrew Michael Unthank on behalf of Spot Brand LLCAttorney Andrew Michael Unthank added to party Spot Brand LLC(pty:pla), Attorney Andrew Michael Unthank added to party Spot Brand LLC(pty:cd) (Unthank, Andrew) (Entered: 08/28/2024) |
| 08/28/2024 | 15 | NOTICE of Entry of Appearance by Michael Timothy Williams on behalf of Spot Brand LLCAttorney Michael Timothy Williams added to party Spot Brand LLC(pty:pla), Attorney Michael Timothy Williams added to party Spot Brand LLC(pty:cd) (Williams, Michael) (Entered: 08/28/2024) |
| 08/28/2024 | 16 | NOTICE of Entry of Appearance by Sarah E. Graves on behalf of Spot Brand LLCAttorney Sarah E. Graves added to party Spot Brand LLC(pty:pla), Attorney Sarah E. Graves added to party Spot Brand LLC(pty:cd) (Graves, Sarah) (Entered: 08/28/2024) |
| 08/28/2024 | 17 | NOTICE of Entry of Appearance by Meghan Frei Berglind on behalf of Spot Brand LLCAttorney Meghan Frei Berglind added to party Spot Brand LLC(pty:pla), Attorney Meghan Frei Berglind added to party Spot Brand LLC(pty:cd) (Berglind, Meghan) (Entered: 08/28/2024) |
| 08/28/2024 | 18 | CONSENT to Jurisdiction of Magistrate Judge by Counter Claimant Gates Corporation, Defendant Gates Corporation All parties do not consent.. (Dulin, Michael) (Entered: 08/28/2024) |
| 08/28/2024 | 19 | CASE REASSIGNED Pursuant to 18 Consent to Jurisdiction of Magistrate Judge. Case randomly reassigned to District Judge Gordon P Gallagher and drawn to Magistrate Judge Scott T. Varholak. All parties do not consent. All future pleadings should be designated as **24-cv-02340-GPG**. (Text Only Entry) (schap, ) (Entered: 08/28/2024) |
| 08/28/2024 | 20 | ORDER REFERRING CASE to Magistrate Judge Scott T. Varholak. Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this case is referred to the assigned United States Magistrate Judge to (1) convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2, (2) conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause, (3) hear and determine pretrial matters, including discovery and other specifically-referred motions, and (4) conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions. Court sponsored alternative dispute resolution is governed by D.C.COLO.LCivR 16.6. On the recommendation or informal request of the magistrate judge or on the request of the parties by motion, this court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding. By District Judge Gordon P Gallagher on 8/28/2024. Text Only Entry (schap, ) (Entered: 08/28/2024) |
| 08/30/2024 | 21 | STIPULATION for Extension of Time to Answer or Respond to the Complaint *(Stipulation for Extension of Time to Respond to Gates Corporation's Counterclaims)* by Plaintiff Spot Brand LLC, Counter Defendant Spot Brand LLC. Spot Brand LLC answer due 9/23/2024. (Attachments: # 1 Proposed Order (PDF Only))(Unthank, Andrew) (Entered: 08/30/2024) |
| 09/23/2024 | 22 | MOTION to Dismiss for Failure to State a Claim *Motion To Dismiss Counterclaims* by Plaintiff Spot Brand LLC. (Graves, Sarah) (Entered: 09/23/2024) |
| 09/23/2024 | 23 | MOTION to Remand to State Court by Plaintiff Spot Brand LLC. (Graves, Sarah) (Entered: 09/23/2024) |
| 10/09/2024 | 24 | Stipulated MOTION for Leave to File Excess Pages *for Responses to Motion to Dismiss Counterclaims [Dkt. 22] and Motion to Remand [Dkt. 23]* by Counter Claimant Gates Corporation, Defendant Gates Corporation. (Attachments: # 1 Proposed Order (PDF Only))(Dulin, Michael) (Entered: 10/09/2024) |
| 10/09/2024 | 25 | MINUTE ORDER re: 24 Motion for Leave to File Excess Pages is GRANTED. Gates is afforded permission to file its response to the Motion to Dismiss of up to twenty-five (25) pages and its response to the Motion to Remand of up to (20) twenty pages. SO ORDERED by District Judge Gordon P Gallagher on 10/9/2024. Text Only Entry(sphil, ) (Entered: 10/10/2024) |
| 10/15/2024 | 26 | RESPONSE to 22 MOTION to Dismiss for Failure to State a Claim *Motion To Dismiss Counterclaims* filed by Counter Claimant Gates Corporation, Defendant Gates Corporation. (Dulin, Michael) (Entered: 10/15/2024) |
| 10/15/2024 | 27 | MOTION to Stay *Temporarily, Discovery* by Plaintiff Spot Brand LLC. (Attachments: # 1 Exhibit 1 - 2024.10.03 - Defendant's First Set of Interrogatories to Plaintiff, # 2 Exhibit 2 - 2024.10.03 - Defendant's First Set of Requests for Production to Plaintiff)(Berglind, Meghan) (Entered: 10/15/2024) |
| 10/15/2024 | 28 | RESPONSE to 23 MOTION to Remand to State Court filed by Counter Claimant Gates Corporation, Defendant Gates Corporation. (Dulin, Michael) (Entered: 10/15/2024) |
| 10/15/2024 | 29 | MEMORANDUM regarding 27 MOTION to Stay *Temporarily, Discovery* filed by Spot Brand LLC. Motion referred to Magistrate Judge Scott T. Varholak by District Judge Gordon P Gallagher on 10/15/2024. Text Only Entry (dclem) (Entered: 10/15/2024) |
| 10/15/2024 | 30 | MINUTE ORDER This matter is before the Court on 27 Spot Brand LLC's Motion to Temporarily Stay Discovery (the "Motion to Stay"). The Court sets the following expedited briefing schedule: Defendant shall respond to the Motion to Stay on or before 10/29/2024, and Plaintiff may then file a reply on or before 11/5/2024. A Motion Hearing re: the Motion to Stay is set for 11/19/2024 at 2:00 PM in Courtroom A 402 before Magistrate Judge Scott T. Varholak. The Scheduling Conference set for 10/22/2024, and associated deadlines, are VACATED to be reset, if necessary, after resolution of the Motion to Stay. SO ORDERED, by Magistrate Judge Scott T. Varholak on 10/15/2024. Text Only Entry (stvlc5, ) (Entered: 10/15/2024) |
| 10/24/2024 | 31 | NOTICE of Entry of Appearance by Gregory P. Durbin on behalf of Gates CorporationAttorney Gregory P. Durbin added to party Gates Corporation(pty:cc), Attorney Gregory P. Durbin added to party Gates Corporation(pty:dft) (Durbin, Gregory) (Entered: 10/24/2024) |
| 10/25/2024 | 32 | REPLY to Response to 23 MOTION to Remand to State Court filed by Plaintiff Spot Brand LLC. (Unthank, Andrew) (Entered: 10/25/2024) |
| 10/25/2024 | 33 | Stipulated MOTION for Leave to File Excess Pages *Plaintiffs Stipulated Motion To Exceed The Page Limit For Its Reply In Support Of Motion To Dismiss Counterclaims [ECF 22]* by Plaintiff Spot Brand LLC. (Attachments: # 1 Proposed Order (PDF Only))(Unthank, Andrew) (Entered: 10/25/2024) |
| 10/28/2024 | 34 | ORDER granting 33 Stipulated Motion for Leave to File Excess Pages. The Court Orders that Plaintiff Spot Brand LLC (Spot) shall have permission to exceed the ten-page limit by an additional five pages for its reply in support of its Motion to Dismiss Counterclaims [ECF 22]. By District Judge Gordon P Gallagher on October 28, 2024. Text Only Entry(gpglc3) (Entered: 10/28/2024) |
| 10/29/2024 | 35 | RESPONSE to 27 MOTION to Stay *Temporarily, Discovery* filed by Defendant Gates Corporation. (Attachments: # 1 Exhibit A - Proposed Scheduling Order, # 2 Exhibit B - Articles)(Dulin, Michael) (Entered: 10/29/2024) |

| | | |
|---|---|---|
| 10/29/2024 | 36 | REPLY to Response to 22 MOTION to Dismiss for Failure to State a Claim *Motion To Dismiss Counterclaims Reply In Support Of Motion To Dismiss Counterclaims* filed by Plaintiff Spot Brand LLC. (Attachments: # 1 Exhibit 1)(Unthank, Andrew) (Entered: 10/29/2024) |
| 11/05/2024 | 37 | REPLY to Response to 27 MOTION to Stay *Temporarily, Discovery Plaintiffs Reply In Support Of Its Motion To Temporarily Stay Discovery [Dkt 27]* filed by Plaintiff Spot Brand LLC. (Unthank, Andrew) (Entered: 11/05/2024) |
| 11/13/2024 | 38 | Unopposed MOTION for Leave to *File Surreply to* 36 Reply to Response to Motion, by Defendant Gates Corporation. (Attachments: # 1 Exhibit A - Defendants Surreply to Reply in Support of Motion to Dismiss Counterclaims [Dkt. 36], # 2 Proposed Order (PDF Only))(Dulin, Michael) (Entered: 11/13/2024) |
| 11/14/2024 | 39 | ORDER granting 38 Defendant's Unopposed Motion for Leave to File Surreply to Reply in Support of Motion to Dismiss Counterclaims. The Court finds that there is good cause to permit Defendant to file its proposed surreply. Accordingly, Defendants motion for leave to file a surreply is GRANTED. Defendant may file the proposed surreply that is attached to its motion as Exhibit A. By District Judge Gordon P Gallagher on 11/14/2024. Text Only Entry(sphil, ) (Entered: 11/14/2024) |
| 11/14/2024 | 40 | SURREPLY re 22 MOTION to Dismiss for Failure to State a Claim *Motion To Dismiss Counterclaims* filed by Defendant Gates Corporation. (Attachments: # 1 Exhibit A - Scurlock Declaration)(Dulin, Michael) (Entered: 11/14/2024) |
| 11/19/2024 | 41 | COURTROOM MINUTES for Motion Hearing held on 11/19/2024 before Magistrate Judge Scott T. Varholak: denying 27 Motion to Stay. Scheduling Conference set for **12/12/2024 at 09:00 AM** in Courtroom A 402 before Magistrate Judge Scott T. Varholak. Proposed Scheduling Order due **12/5/2024**. FTR: A402. (msmot, ) (Entered: 11/19/2024) |
| 11/22/2024 | 42 | TRANSCRIPT of MOTION HEARING held on 11/19/2024 before Magistrate Judge Varholak. Pages: 1-21. Prepared by: AB Litigation Services (303-629-8534). **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (AB Court Reporting & Video, Inc., ) (Entered: 11/22/2024) |
| 12/05/2024 | 43 | Proposed Scheduling Order by Defendant Gates Corporation. (Dulin, Michael) (Entered: 12/05/2024) |
| 12/05/2024 | 44 | Unopposed MOTION for Leave to Appear *By Telephone For Scheduling Conference On December 12 [ECF 41]* by Plaintiff Spot Brand LLC. (Attachments: # 1 Proposed Order (PDF Only))(Unthank, Andrew) (Entered: 12/05/2024) |
| 12/06/2024 | 45 | MEMORANDUM regarding 44 Unopposed MOTION for Leave to Appear *By Telephone For Scheduling Conference On December 12 [ECF 41]* filed by Spot Brand LLC. Motion referred to Magistrate Judge Scott T. Varholak by District Judge Gordon P Gallagher on 12/06/2024. Text Only Entry (dclem) (Entered: 12/06/2024) |
| 12/06/2024 | 46 | ORDER granting 44 Unopposed Motion for Leave to Appear by Telephone. All parties that wish to participate in the Scheduling Conference set for 12/12/2024 in Courtroom A 402 before Magistrate Judge Scott T. Varholak by telephone shall do so by calling 571-353-2301 at the scheduled time and utilizing Meeting ID: 252821415#. The participants may hear the conclusion of a prior hearing at the time they call in and are instructed to simply wait until their case is called. SO ORDERED, by Magistrate Judge Scott T. Varholak on 12/6/2024. Text Only Entry(stvlc5, ) (Entered: 12/06/2024) |
| 12/11/2024 | 47 | NOTICE of Entry of Appearance by Dario Machleidt on behalf of Spot Brand LLCAttorney Dario Machleidt added to party Spot Brand LLC(pty:pla) (Machleidt, Dario) (Entered: 12/11/2024) |
| 12/12/2024 | 48 | MINUTE ENTRY for Scheduling Conference held before Magistrate Judge Scott T. Varholak on 12/12/2024. Status Conference set for **12/10/2025 09:00 AM** in Courtroom A 402 before Magistrate Judge Scott T. Varholak. FTR: A402. (schap, ) (Entered: 12/12/2024) |
| 12/12/2024 | 49 | SCHEDULING ORDER by Magistrate Judge Scott T. Varholak on 12/12/2024. (schap, ) (Entered: 12/12/2024) |
| 12/13/2024 | 50 | TRANSCRIPT of SCHEDULING CONFERENCE held on 12/12/2024 before Magistrate Judge Varholak. Pages: 1-8. Prepared by: AB Litigation Services (303-629-8534). **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (AB Court Reporting & Video, Inc., ) (Entered: 12/13/2024) |
| 12/18/2024 | 51 | Joint MOTION for Protective Order *(Stipulated Protective Order and Confidentiality Agreement)* by Defendant Gates Corporation. (Attachments: # 1 Stipulated Protective Order and Confidentiality Agreement)(Dulin, Michael) (Entered: 12/18/2024) |
| 12/19/2024 | 52 | MEMORANDUM regarding 51 Joint MOTION for Protective Order *(Stipulated Protective Order and Confidentiality Agreement)* filed by Gates Corporation. Motion referred to Magistrate Judge Scott T. Varholak by District Judge Gordon P Gallagher on 12/19/2024. Text Only Entry (dclem) (Entered: 12/19/2024) |
| 12/20/2024 | 53 | ORDER granting 51 Joint Motion for Protective Order. The Court will enter the protective order proposed by the parties. SO ORDERED, by Magistrate Judge Scott T. Varholak on 12/20/2024. Text Only Entry(stvlc6, ) (Entered: 12/20/2024) |
| 12/20/2024 | 54 | STIPULATED PROTECTIVE ORDER and CONFIDENTIALITY AGREEMENT by Magistrate Judge Scott T. Varholak on 12/20/2024. (sphil, ) (Entered: 12/20/2024) |
| 02/20/2025 | 55 | NOTICE of Change of Address/Contact Information *and Firm Affiliation* by Michael Patrick Dulin (Dulin, Michael) (Entered: 02/20/2025) |
| 03/14/2025 | 56 | Stipulated MOTION to Amend/Correct/Modify 49 Scheduling Order *(also filed on behalf of Plaintiff)* by Defendant Gates Corporation. (Attachments: # 1 Proposed Order (PDF Only))(Murray, Richard) (Entered: 03/14/2025) |
| 03/16/2025 | 57 | MEMORANDUM regarding 56 Stipulated MOTION to Amend/Correct/Modify 49 Scheduling Order (also filed on behalf of Plaintiff) filed by Gates Corporation. Motions referred to Magistrate Judge Scott T. Varholak.By District Judge Gordon P Gallagher on March 16, 2025. Text Only Entry. (gpglc3) (Entered: 03/16/2025) |
| 03/17/2025 | 58 | ORDER granting 56 Stipulated Motion to Amend Scheduling Order. For good cause shown, certain deadlines are EXTENDED as follows: Exchange List of Claim Terms to be Construed: May 19, 2025; Joint Disputed Claim Terms Chart to be Filed: June 16, 2025; Opening Claim Construction Briefs: July 14, 2025; Responses to Opening Claim Construction Briefs: August 4, 2025; Month of Claim Construction: October, 2025. SO ORDERED, by Magistrate Judge Scott T. Varholak on 3/17/25. Text Only Entry(stvlc5, ) (Entered: 03/17/2025) |
| 03/17/2025 | 59 | MINUTE ORDER This matter is before the Court upon communication with the parties. The Court sets a Discovery Hearing for 4/2/2025 at 02:00 PM in Courtroom A 402 before Magistrate Judge Scott T. Varholak. **On or before 3/28/2025**, the parties shall submit via email to |

| | | |
|---|---|---|
| | | Varholak_Chambers@cod.uscourts.gov a brief joint statement that sets forth the issues to be resolved by the Court and the parties' respective positions on each issue. SO ORDERED, by Magistrate Judge Scott T. Varholak on 3/17/2025. Text Only Entry (stvlc6, ) (Entered: 03/17/2025) |
| 03/27/2025 | 60 | Unopposed MOTION to Amend/Correct/Modify *Defendant's Invalidity Contentions* by Defendant Gates Corporation. (Attachments: # 1 Exhibit A - Machine Translation, # 2 Exhibit B - Human Translation, # 3 Exhibit C - Redline Between Machine and Human Translation, # 4 Proposed Order (PDF Only))(Asante, Clement) (Entered: 03/27/2025) |
| 03/27/2025 | 61 | MEMORANDUM regarding 60 Unopposed MOTION to Amend/Correct/Modify *Defendant's Invalidity Contentions* filed by Gates Corporation. Motion referred to Magistrate Judge Scott T. Varholak by District Judge Gordon P Gallagher on 03/27/2025. Text Only Entry (dclem) (Entered: 03/27/2025) |
| 03/27/2025 | 62 | ORDER granting Defendant's 60 Unopposed Motion for Leave to Amend Invalidity Contentions. Defendant shall serve its Invalidity Contentions and accompanying charts on Plaintiff within seven (7) days of this Order. SO ORDERED, by Magistrate Judge Scott T. Varholak on 3/27/25. Text Only Entry(stvlc5, ) (Entered: 03/27/2025) |
| 04/02/2025 | 63 | MINUTE ENTRY for Discovery Hearing held before Magistrate Judge Scott T. Varholak on 4/2/2025. FTR: A402. (schap, ) (Entered: 04/02/2025) |
| 04/14/2025 | 64 | TRANSCRIPT of DISCOVERY HEARING held on 04/02/2025 before Magistrate Judge Varholak. Pages: 1-18. Prepared by: AB Litigation Services (303-629-8534 or 303-629-8503).<br>**NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br>Transcript may only be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (AB Court Reporting & Video, Inc., ) (Entered: 04/14/2025) |
| 06/16/2025 | 65 | Joint Disputed Claim Terms Chart of 58 Order on Motion to Amend/Correct/Modify,, 49 Scheduling Order .Claim Construction Brief due 7/17/2025 (Attachments: # 1 Exhibit Exhibit A)(Dulin, Michael) (Entered: 06/16/2025) |
| 06/23/2025 | 66 | Stipulated MOTION to Amend/Correct/Modify 58 Order on Motion to Amend/Correct/Modify,, *Scheduling Order* by Defendant Gates Corporation. (Attachments: # 1 Proposed Order (PDF Only))(Murray, Richard) (Entered: 06/23/2025) |
| 06/23/2025 | 67 | MEMORANDUM regarding 66 Stipulated MOTION to Amend/Correct/Modify 58 Order on Motion to Amend/Correct/Modify, *Scheduling Order* filed by Gates Corporation. Motion referred to Magistrate Judge Scott T. Varholak by District Judge Gordon P Gallagher on 06/23/2025. Text Only Entry (dclem) (Entered: 06/23/2025) |
| 06/23/2025 | 68 | ORDER granting 66 Second Stipulated Motion to Amend Scheduling Order. For good cause shown, the deadline to file a Reply in Support of Opening Claim Construction Brief is EXTENDED to 8/11/2025. SO ORDERED, by Magistrate Judge Scott T. Varholak on 6/23/2025. Text Only Entry(stvlc5, ) (Entered: 06/23/2025) |
| 07/01/2025 | 69 | NOTICE *Spot Brand LLCs Notice Of Service Of Non-Party Subpoenas* by Plaintiff Spot Brand LLC (Attachments: # 1 Affidavit of Service of Subpoenas on Bianchi USA Inc. with Attachments 06-30-2025, # 2 Affidavit of Service of Subpoenas on James Evan Porter_ President of Soma Fabrications with Attachments 06-30-20252), # 3 Affidavit of Service of Subpoenas on Luna Cycles LLC with Attachments 06-28-2025, # 4 Affidavit of Service of Subpoenas on Trek Bicycle Corporation with Attachments 07-01-2025)(Berglind, Meghan) (Entered: 07/01/2025) |
| 07/14/2025 | 70 | Claim Construction Brief . Response due by 8/4/2025 (Attachments: # 1 Exhibit A - US7854441, # 2 Exhibit B - Email, # 3 Exhibit C - Detailed Action)(Murray, Richard) (Entered: 07/14/2025) |
| 08/04/2025 | 71 | Claim Construction Brief of 70 Claim Construction Brief - *Responsive*. Response due by 8/11/2025 (Berglind, Meghan) (Entered: 08/04/2025) |
| 08/11/2025 | 72 | REPLY to 70 Claim Construction Brief, 71 Claim Construction Brief by Defendant Gates Corporation. (Murray, Richard) (Entered: 08/11/2025) |
| 08/11/2025 | 73 | Joint Motion for Determination by Defendant Gates Corporation. (Murray, Richard) (Entered: 08/11/2025) |
| 09/11/2025 | 74 | ORDER granting in part and denying in part 22 Motion to Dismiss for Failure to State a Claim and granting 23 Motion to Remand to State Court.Entered by District Judge Gordon P Gallagher on 09/11/2025.(dclem) (Entered: 09/11/2025) |
| 09/11/2025 | 75 | FINAL JUDGMENT in favor of Spot Brand LLC against Gates Corporation. Entered by the Clerk on 09/11/2025. (dclem) (Entered: 09/11/2025) |
| 09/12/2025 | 76 | CERTIFICATE of Service, by email, by Clerk of Court, re 74 Order on Motion to Remand to State Court via email to 02sups@judicial.state.co.us. (sphil, ) (Entered: 09/12/2025) |
| 09/24/2025 | 77 | NOTICE OF APPEAL to FEDERAL CIRCUIT as to 75 Judgment, 74 Order on Motion to Dismiss for Failure to State a Claim, Order on Motion to Remand to State Court by Defendant Gates Corporation (Filing fee $ 605, Receipt Number ACODC-10574446) (Dulin, Michael) (Entered: 09/24/2025) |